IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | ) | CASE NO. 8:17-CV-00138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| CTS, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMES NOW,** Plaintiff, and pursuant to a settlement agreement between the parties, moves to dismiss the above action with prejudice. By Agreement, the parties are responsible for their own costs, including attorney fees.

WHEREFORE, Plaintiff requests the Court to dismiss this action with prejudice with each party to bear its own costs, including attorney fees.

                        ZACH HILLESHEIM, Plaintiff


                        BY: /s/Padraigin L. Browne
                            Padraigin L. Browne (MN Bar #389962)
                            Browne Law LLC
                            8530 Eagle Point Blvd., Suite 100
                            Lake Elmo, MN 55042
                            Phone: (612) 293-4805
                            Email: paddy@brownelawllc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on  September 6, 2017, I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system which sent notification of such filing to the following:

Raymond R. Aranza
Walentine O'Toole, LLP
11240 Davenport Street
Omaha, Nebraska 68154

         /s/Padraigin L. Browne