# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

    *Plaintiff*,

v.

CTS, L.L.C.,

    *Defendant*.

Case No. 8:17-cv-00138-JFB-MDN

**ORDER FOR DISMISSAL WITH PREJUDICE**

    The Plaintiff to this case has filed an unopposed motion to dismiss this action with prejudice, [Filing No. 20](#).

    Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: September 8, 2017

               s/ Joseph F. Bataillon
               JOSEPH F. BATAILLON
               Senior United States District Judge